**Order entered January 9, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00217-CR

### LYDARRIEN ASHLEY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-73047-M**

## ORDER

The Court **REINSTATES** the appeal.

On December 18, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Niles Illich; (3) Mr. Illich's explanation for the delay in filing appellant's brief is he believes he will file an *Anders* brief, he was unable to locate appellant in October, and thereafter ceased trying to locate him until the appeal was abated in December; and (4) Mr. Illich should be given thirty days from the January 6, 2015 findings to file appellant's brief.

We **ORDER** appellant to file his brief by **FEBRUARY 5, 2015**. If the brief is not filed by that date, the Court will order that Niles Illich be removed as appellate counsel and will order the trial court to appoint new counsel to represent appellant in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court, and to counsel for all parties.

/s/     ADA BROWN
            JUSTICE